# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY L. MARBURY,** )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>**OFFICER WILLIE WRIGHT,** *et al.,* )<br>)<br>  Defendant. ) | Civil Action No. 24-00221-KD-N |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Report and Recommendation of the Magistrate Judge (Doc. 5) made under 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b), and S.D. Ala. GenLR72(c), and dated October 21, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute.

**DONE** and **ORDERED** this 26th day of November 2024.

  s/ Kristi K. DuBose
  **KRISTI K. DuBOSE**
  **UNITED STATES DISTRICT JUDGE**