# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY L. MARBURY,** | ) |
| Plaintiff, | ) |
| vs. | ) CIV. A. NO. 24-00221-KD-N |
| **OFFICER WILLIE WRIGHT,** *et al.,* | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge (doc. 5), it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute.

**DONE** and **ORDERED** this 26th day of November 2024.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**